IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAYMOND BARLOW | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | NO. 02-CV-4643 |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA and | : | |
| PHILADELPHIA POLICE | : | |
| DEPARTMENT | : | |
| | : | |
| Defendants. | : | |

## PARTIAL MOTION TO DISMISS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil procedure, defendants move the Court to strike and dismiss any allegations pertaining to events prior to July 7, 2000, as untimely.

In support thereof, defendants rely upon the information and arguments set forth in the accompanying Memorandum of Law.

                                                             Respectfully submitted,

Dated: September ___, 2002

                                                             _____
                                                             DANIEL L. GARRY
                                                             Deputy City Solicitor
                                                             City of Philadelphia Law Department
                                                             Labor & Employment Unit
                                                             1515 Arch Street, 16th Floor
                                                             Philadelphia, PA  19102
                                                             (215) 683-5081