IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAYMOND BARLOW** | : | |
| | : | |
| **Plaintiff,** | : | CIVIL ACTION |
| | : | NO. 02-CV-4643 |
| v. | : | |
| | : | |
| **CITY OF PHILADELPHIA and** | : | |
| **PHILADELPHIA POLICE** | : | |
| **DEPARTMENT** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this _____ day of _____, 2002, upon consideration of defendants' Partial Motion to Dismiss the Complaint, plaintiff's response thereto, and all other papers and proceedings herein, it is ORDERED that any allegations pertaining to events prior to July 7, 2000, be stricken and dismissed as untimely.

BY THE COURT:

_____
BARTLE, J.