IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAYMOND A. BARLOW, SR. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA | : | NO.  02-4643 |

O R D E R

    **AND NOW, TO WIT:** This 7th day of March, 2003, it having been reported that the issues between the parties in the above action have been settled, pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective July 1, 1995), it is

    **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs.

    This Court retains jurisdiction over enforcement of the settlement.

                                  LOWELL A. REED, JR., S.J.